﻿Citation Nr: 18124189
Decision Date: 08/06/18 Archive Date: 08/06/18

DOCKET NO. 15-18 479
DATE: August 6, 2018
REMANDED
Entitlement to an initial compensable rating for a bilateral hearing loss disability is remanded.
REASONS FOR REMAND
The Veteran had air service from July 1970 to July 1990. This case comes before the Board of Veterans’ Appeals (Board) on appeal from a January 2015 decision issued by the Department of Veterans Affairs (VA) Regional Office (RO) in St. Petersburg, Florida.
In this case, a VA examination was conducted in January 2015. In his May 2015 substantive appeal (VA Form 9), the Veteran questioned the adequacy of the examination, indicating that he had difficulty with the speech recognition portion and guessed at most of the words. In April 2018, the Veteran’s representative noted that the VA examination was over 39 months old and requested a new examination to adequately evaluate the disability. Therefore, the Board finds that a remand is necessary for an additional VA examination to address the severity of his service-connected bilateral hearing loss disability.
The matter is REMANDED for the following action:
1. Identify and obtain any pertinent, outstanding VA and private treatment records and associate them with the claims file. 
2. Then, schedule the Veteran for a VA audiology evaluation to determine the current level of severity of all impairment resulting from his service-connected bilateral hearing loss disability. All indicated tests should be performed and all findings should be reported in detail. The examiner should provide all information required for rating purposes, to specifically include a full description of the functional impact of the service-connected bilateral hearing loss disability on the Veteran’s ordinary activity.
3. Confirm that the VA examination report and all opinions provided comport with this remand and undertake any other development found to be warranted.
4. Then, readjudicate the issue on appeal and allow appropriate time for response. If warranted, return the case to the Board.
 
Kristin Haddock
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD S. Mishalanie, Counsel